# Exhibit C

Civil Action Cover Sheet - Case Initiation (05/27/16) CCL 0520

FILED
12/11/2018 10:21 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L013321

FILED DATE: 12/11/2018 10:21 PM 2018L013321

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Dony Suhardja Wijaya and Rusman Ishak, Plaintiffs,

v.

The Boeing Company, Defendant.

No. 2018L013321

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ■ Yes ❑ No

(FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
- ❑ 027 Motor Vehicle
- ❑ 040 Medical Malpractice
- ❑ 047 Asbestos
- ❑ 048 Dram Shop
- ❑ 049 Product Liability
- ❑ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ❑ 052 Railroad/FELA
- ❑ 053 Pediatric Lead Exposure
- ■ 061 Other Personal Injury/Wrongful Death
- ❑ 063 Intentional Tort
- ❑ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ❑ 065 Premises Liability
- ❑ 078 Fen-phen/Redux Litigation
- ❑ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
- ❑ 007 Confessions of Judgment
- ❑ 008 Replevin
- ❑ 009 Tax
- ❑ 015 Condemnation
- ❑ 017 Detinue
- ❑ 029 Unemployment Compensation
- ❑ 031 Foreign Transcript
- ❑ 036 Administrative Review Action
- ❑ 085 Petition to Register Foreign Judgment
- ❑ 099 All Other Extraordinary Remedies

**COMMERCIAL LITIGATION**
CASE TYPES:
- ❑ 002 Breach of Contract
- ❑ 070 Professional Malpractice
  (other than legal or medical)
- ❑ 071 Fraud (other than legal or medical)
- ❑ 072 Consumer Fraud
- ❑ 073 Breach of Warranty
- ❑ 074 Statutory Action
  (Please specify below.**)
- ❑ 075 Other Commercial Litigation
  (Please specify below.**)
- ❑ 076 Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
- ❑ 062 Property Damage
- ❑ 066 Legal Malpractice
- ❑ 077 Libel/Slander
- ❑ 079 Petition for Qualified Orders
- ❑ 084 Petition to Issue Subpoena
- ❑ 100 Petition for Discovery

** _____

Primary Email: austin@bartlettchenlaw.com

Secondary Email: curt@colson.com

Terriary Email: frank@colson.com

By: Austin Bartlett of BartlettChen LLC
(Attorney)          (Pro Se)

**Pro Se Only:** ❑ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1



# Law Bulletin
## Information Network

| | |
|---|---|
| **Case Number:** | 2018L-13321 |
| **Case Name:** | SUHARDJA WIJAYA DONY v THE BOEING COMPANY |
| **Jurisdiction:** | Law Division [Chicago, IL 60602] |
| **Complaint:** | OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND) |
| **Filed:** | 12/11/18 |
| **Activity Date:** | 12/11/18 |
| **Activity:** | CERTIFICATE FILED |
| **Participant:** | SUHARDJA WIJAYA DONY |

.242269.

FILED
12/11/2018 10:21 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L013321

FILED DATE: 12/11/2018 10:21 PM 2018L013321

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DONY SUHARDJA WIJAYA, DUDY WIJAYA, and RUSMAN ISHAK, <br><br> *Petitioners,* <br><br> v. <br><br> THE BOEING COMPANY, a corporation, <br><br> *Defendant.* | 2018L013321 <br> No. _____ <br><br><br><br> **JURY TRIAL DEMANDED** |

## ORDER

This matter coming to be heard on the Petition to Appoint Special Administrator, the Court being fully advised in the premises, due notice having been provided to all heirs and legatees, and the Court having jurisdiction herein,

IT IS HEREBY ORDERED:

1. The Petition to Appoint Special Administrator is granted.

1

FILED DATE: 12/11/2018 10:21 PM 2018L013321

2.   DONY SUHARDJA WIJAYA and RUSMAN ISHAK, are hereby appointed as Co-Special Administrators of the Estates of DANIEL SUHARDJA WIJAYA, deceased, RESTIA AMELIA, deceased, RADHIKA WIJAYA, deceased, and RAFEZHA WIJAYA, deceased, pursuant to the Illinois Wrongful Death Act, 740 ILCS 180/2.1.

ENTER:

12-11-18

.................................................
Judge



Austin Bartlett
BartlettChen LLC
150 North Michigan Avenue, Suite 2800
Chicago, Illinois 60601
(312) 624-7711
www.bartlettchenlaw.com
Firm ID No. 62570
Primary email: austin@bartlettchenlaw.com

*Counsel for Plaintiffs-Petitioners*

2



**Case Number:** 2018L-13321
**Case Name:** SUHARDJA WIJAYA DONY v THE BOEING COMPANY
**Jurisdiction:** Law Division [Chicago, IL 60602]
**Complaint:** OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)
**Filed:** 12/11/18

**Activity Date:** 12/18/18
**Activity:** ELECTRONIC NOTICE SENT
**Participant:** SUHARDJA WIJAYA D

.242270.

```
CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM. 801  DALEY CTR.
CHICAGO, IL. 60602


ID: LD2018L013321    20181218000004
AT: BARTLETTCHEN LLC
TO: AUSTIN@BARTLETTCHENLAW.COM

            * * * * *  N O T I C E  * * * * *

                  CASE  18-L-013321


   SUHARDJA WIJAYA DONY      V.        THE BOEING COMPANY
   THERE WILL BE A CASE MANAGEMENT CALL OF YOUR CASE ON THURSDAY
   THE 14TH DAY OF FEBRUARY IN ROOM 2202 AT  9:30 A.M. AT THE
   DALEY CENTER COURT HOUSE, 50 WEST WASHINGTON STREET, CHICAGO, IL
```



**Case Number:** 2018L-13321
**Case Name:** SUHARDJA WIJAYA DONY v THE BOEING COMPANY
**Jurisdiction:** Law Division [Chicago, IL 60602]
**Complaint:** OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)
**Filed:** 12/11/18

**Activity Date:** 12/18/18
**Activity:** CASE MANAGEMENT DATE GENERATED
**Participant:** SUHARDJA WIJAYA DONY

.242271.

Case: 1:19-cv-01701 Document #: 1-3 Filed: 03/11/19 Page 9 of 12 PageID #:110

12/18/18 SUHARDJA WIJAYA D
CASE MANAGEMENT DATE GENERATED                                                      9:30 02/14/19

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DONY SUHARDJA WIJAYA and RUSMAN ISHAK, individually, and as Co-Special Administrators of the Estates of DANIEL SUHARDJA WIJAYA, Deceased, RESTIA AMELIA, Deceased, RADHIKA WIJAYA, Deceased, and RAFEZHA WIJAYA, Deceased, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE BOEING COMPANY, a corporation, <br><br> *Defendant.* | No. 2018-L-013321 <br><br><br><br> **JURY TRIAL DEMANDED** |

**Notice of Acknowledgement of Receipt of Summons and Complaint**
**(Waiver of Service of Summons)**

## Notice

To: Defendant, **The Boeing Company**
c/o Mack H. Shultz, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Via email: MShultz@perkinscoie.com

The attached summons and complaint are served pursuant to section 2-213 of the Illinois Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within **30 days**.

You must sign and date the acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within **30 days**, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the entity on whose behalf you are being served) must answer the complaint within **60 days** from February 13, 2019, the date when this request for waiver of service was sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint was e-mailed to Mack Shultz, Esq., counsel for The Boeing Company, on **February 13, 2019**.

**Signature:** /s/ *Austin Bartlett*
BartlettChen LLC
150 N. Michigan Avenue, Suite 2800
Chicago, Illinois 60601

**Date of Signature:** February 13, 2019

2

## Acknowledgment of Receipt of Summons and Complaint
## (Waiver of Service)

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter by email as agreed upon by counsel.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

_____Mack Shultz_____
Printed name

_____Attorney_____
Relationship to The Boeing Company

_*[signature]*_____
Signature

_____February 13, 2019_____
Date of Signature

3