**OFFICE OF THE CLERK OF THE U.S. DISTRICT COURT**
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

19 CV 1701 #8

Curtis B. Miner
Colson Hicks Edison
255 Aragon Avenue
2nd Floor
Coral Gables, FL 33134-2351

NIXIE  331  FE 1  0003/27/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 6060418009  *0764-04182-12-39

neopost
03/12/2019
US POSTAGE $000.50⁰
ZIP 60604
041M11270962